**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 9, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00411-CV

---

### IN RE TELGE ROOFING, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-46142**

---

## MEMORANDUM OPINION

On Friday, June 7, 2024, relator Telge Roofing, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Ursula Hall, presiding judge of the 165th District Court of Harris County, to rule on relator's motion for summary judgment.

Relator has filed a motion to withdraw its petition for writ of mandamus because the parties have settled. We grant the motion and dismiss the petition.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.